# NYS Department of State

## Division of Corporations

### Informational Message

The information contained in this database is current through May 3, 2019.

---

No business entities were found for Virginia True Corporation.

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

[Ok](#)

[Services/Programs](#)  |  [Privacy Policy](#)  |  [Accessibility Policy](#)  |  [Disclaimer](#)  |  [Return to DOS Homepage](#)  |  [Contact Us](#)