HAROLD M. SOMER, ESQ.
HAROLD M. SOMER, PC
Attorney for Fone Cliffs Development LLC
1025 Old Country Road, Ste. 404
Westbury, New York 11590
T: (516) 248-8962
F: (516) 333-0654

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

VIRGINIA TRUE CORPORATION

Debtor

Chapter 11
Case No. 19-42769-nhl

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney of record on behalf of Fone Cliffs Development LLC, an interested party, in connection with the above-captioned bankruptcy case and demands service of papers and notice of all proceedings in connection herewith:

>   HAROLD M. SOMER, ESQ.
>   HAROLD M. SOMER, PC
>   1025 Old Country Road, Ste. 404
>   Westbury, New York 11590
>   T: (516) 248-8962
>   F: (516) 333-0654
>   haroldsomer@hsomerlaw.com

Dated: Westbury, New York
October 12, 2022

HAROLD M. SOMER, PC
Attorney for Fone Cliffs Development LLC

By: _____
HAROLD M. SOMER, ESQ.
1025 Old Country Road, Ste. 404
Westbury, New York 11590
(516) 248-8962